IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                    Case No. 18-MJ-00492-LF

CRYSTAL LACHONNE HALL,

                Defendant.

**ORDER GRANTING THE SETTING OF CONDITIONS OF RELEASE**

THIS MATTER having come before the Court upon motion of the defendant, and the Court having been made fully aware of the circumstances, including that neither the United States Attorney nor United States Pre-trial Services oppose Ms. Hall's release to La Pasada Halfway House so that she may apply for entrance into the Mariposa residential program,

IT IS HEREBY ORDERED:

Ms. Hall will be released to La Pasada halfway house where she shall forthwith apply to the Mariposa residential program through the Milagro Clinic of the University of New Mexico Hospital. Upon acceptance, she shall remain at the Mariposa residential program unless terminated from therapeutic services by the facility, or otherwise removed from the facility by this Court. If she is not accepted to the Mariposa program, Ms. Hall shall immediately notify this Court for this Court to take further action with respect to her bail conditions.

                                                      UNITED STATES MAGISTRATE JUDGE

Submitted by:
Alejandro Fernandez
Assistant Federal Public Defender